[No. 72856-3-I. Division One. November 9, 2015.]

GILBERTO CANO JUAREZ, *Appellant*, v. BRAVADO APARTMENTS, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-01913-1, Bill Bowman, J., entered November 19, 2014. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Dwyer and Leach, JJ.

[No. 73023-1-I. Division One. November 9, 2015.]

LEVI A. LAKE, *Appellant*, v. PREMIER FINANCIAL SERVICES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-22800-7, Roger Rogoff, J., entered January 2, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Dwyer and Leach, JJ.

[No. 73129-7-I. Division One. November 9, 2015.]

CYNTHIA L. AIKEN, *Respondent*, v. DAVID W. AIKEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-2-01504-4, Jacalyn D. Brudvik, J. Pro Tem., entered February 26, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer and Trickey, JJ.

[No. 73254-4-I. Division One. November 9, 2015.]

*In the Matter of the Dependency of* M.M.D.-D.

SHAMIRA DOBSON, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-7-01843-4, Sean Patrick O'Donnell, J., entered March 2, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Cox and Trickey, JJ.